Isaac A. POTTER, Jr., Plaintiff–Appellant,

v.

Michelle K. LEE; Jennifer Krisp; Roberta A. Bren; Denise Delgizzie; Teresa Stanek Rea; Eric McWilliams; Faith Baker; Valarie Steven; Veronica P. White, Defendants–Appellees.

No. 15–1670.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 9, 2015.

Decided: Sept. 11, 2015.

Isaac A. Potter, Jr., Appellant Pro Se.

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Isaac A. Potter, Jr., appeals the district court's order dismissing his civil action pursuant to 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Potter v. Lee*, No. 1:15–cv–00695–LMB–JFA (E.D.Va. June 5, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*